A08A2167. HARRIS v. THE STATE.
(695 SE2d 338)

MIKELL, Judge.

The Supreme Court granted certiorari in this case, and in *Harris v. State*,[1] reversed the judgment of this Court. Therefore, we vacate

---

[5] (Citation and punctuation omitted.) *McPherson v. City of Dawson*, 221 Ga. 861, 862 (148 SE2d 298) (1966).

[6] Ga. L. 2003, p. 640, § 1.

[7] See Ga. Code Ann. § 24A-301 (d), now codified as OCGA § 15-11-28 (d).

[8] 243 Ga. 183 (253 SE2d 69) (1979).

[9] Ga. Code Ann. § 24A-401 (c) (2).

[10] *Crankshaw*, supra at 184.

[1] 286 Ga. 245 (686 SE2d 777) (2009).

our earlier opinion[2] and adopt the judgment of the Supreme Court as our own.

*Judgment reversed. Smith, P. J., and Adams, J., concur.*

DECIDED MAY 6, 2010.

*Michael R. McCarthy*, for appellant.
*Kermit N. McManus, District Attorney, John S. Helton, Assistant District Attorney*, for appellee.

---

[2] *Harris v. State*, 295 Ga. App. 727 (673 SE2d 76) (2009).